UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYSON WENDELL, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-1923-JDP (P)<br><br>ORDER |

Plaintiff has filed two motions for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time, ECF Nos. 8 & 9, are GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 2, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE